IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| BOBBY RAWLINGS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 6-16-CV-359 RP |
| STATE FARM LLOYDS, | § § § | |
| Defendant. | § | |

# FINAL JUDGMENT

Before the court is the above-entitled case. On this day, the court entered an order granting the parties' Agreed Motion to Dismiss With Prejudice (Dkt. 8). Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is **ORDERED** that all claims and causes of action brought by Plaintiffs are hereby **DISMISSED WITH PREJUDICE**.

It is **FURTHER ORDERED** that all hearing and trial settings are hereby **CANCELED**.

It is **FINALLY ORDERED** that this case is hereby **CLOSED**.

**SIGNED** on April 25, 2017.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE